### 28282. WATERS v. THE STATE.

BROYLES, C. J. "Motions for continuance, made at the term at which the indictment is found, while addressed to the discretion of the court, stand upon a different footing from such motions made at a subsequent term. In such cases the discretion of the court should be liberally exercised in favor of a fair trial, no less than that the trial should be speedy; and every facility should be afforded a defendant for presenting his defense as fully as he might be able to do were the case tried at a subsequent term. Reasonable opportunity for the defendant to prepare his defense should not be sacrificed in the interest of speed." *Brooks* v. *State*, 3 *Ga. App.* 458 (3) (60 S. E. 211).

Under the ruling quoted, and the facts of the instant case, the denial of the motion for a continuance, based upon the absence of two material witnesses for the defense, who lived in Tattnall County, Georgia, and were temporarily in Florida, was error; and that error rendered the further proceedings in the case nugatory.

*Judgment reversed. MacIntyre and Gardner, JJ., concur.*

DECIDED JUNE 17, 1940.

*R. N. Odum, H. H. Elders,* for plaintiff in error.
*R. L. Dawson, solicitor-general,* contra.